1  DENNIS S. ELLIS (SB# 178196)
   dennisellis@paulhastings.com
2  KATHERINE F. MURRAY (SB# 211987)
   katherinemurray@paulhastings.com
3  SERLI POLATOGLU (SB# 311021)
   serlipolatoglu@paulhastings.com
4  PAUL HASTINGS LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, California 90071-2228
6  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
7
   Attorneys for Defendants L'ORÉAL USA,
8  INC., L'ORÉAL USA PRODUCTS, INC.,
   L'ORÉAL USA S/D, INC. and REDKEN 5TH
9  AVENUE NYC, LLC

10            UNITED STATES DISTRICT COURT
11            CENTRAL DISTRICT OF CALIFORNIA
12

| 13 | IN RE SUBPOENAS *DUCES TECUM* AND TO TESTIFY AT DEPOSITION TO COSWAY CO. | CASE NO. 2:19-mc-00015 |
|---|---|---|
| 14 | | Underlying Litigation |
| 15 | | Civil Action No. 17-14-JFB-SRF United States District Court District of Delaware |
| 16 | LIQWD, INC. and OLAPLEX LLC, | |
| 17 | Plaintiffs, | Third-Party Discovery Cutoff: January 25, 2019 |
| 18 | vs. | Pretrial Conference: June 4, 2019 Trial: July 29, 2019 |
| 19 | L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., L'ORÉAL USA S/D, INC. and REDKEN 5TH AVENUE NYC, LLC, | **[DISCOVERY MATTER]** |
| 20 | | **DEFENDANTS' MOTION TO COMPEL NON-PARTY COSWAY CO. TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION** |
| 21 | Defendants. | |
| 22 | | |
| 23 | | |
| 24 | | Date: Time: Dept.: Judge: |
| 25 | | |
| 26 | | [Joint Stipulation and Declaration of Katherine F. Murray Filed and Served Concurrently Herewith] |
| 27 | | |
| 28 | | |

Case No.: 2:19-mc-00015

DEFS.' MOTION TO COMPEL
COMPLIANCE WITH SUBPOENA

TO PLAINTIFFS, COSWAY CO., AND THEIR COUNSEL OF RECORD:

Defendants L'Oréal USA, Inc., L'Oréal USA Products, Inc., L'Oréal USA S/D, Inc., and Redken 5th Avenue NYC, LLC (together, "L'Oréal USA") will, and hereby do, move this Court pursuant to Federal Rules of Civil Procedure ("Rule") 37 and 45 to compel third-party Cosway Co.'s ("Cosway") compliance with the Subpoena to Testify in a Civil Action with request to produce documents (the "Subpoena") L'Oréal USA served on December 3, 2018, in connection with *Liqwd, Inc. v. L'Oréal USA, Inc.*, Civil Action No. 17-14-JFB-SRF, pending in the United States District Court for the District of Delaware (the "Underlying Action").

This Court should compel Cosway to comply with the Subpoena, and award L'Oréal USA all costs and fees associated with bringing this Motion. Fed. R. Civ. P. 37(a), (b). The information sought in the Subpoena is plainly relevant to defenses L'Oréal USA has asserted in the Underlying Action. Indeed, the District of Delaware has already determined as much. Moreover, Cosway did not timely object or otherwise respond to the Subpoena, and has thereby waived all objections thereto. Alternatively, if this Court is so inclined, L'Oréal USA requests that this matter be immediately transferred to the District of Delaware for prompt resolution. Fed. R. Civ. P. 45(f).

This Motion is made following the conference of counsel pursuant to Local Rule 37-2. This Motion is based on this Motion, the Joint Stipulation in support hereof, the Declaration of Katherine F. Murray filed and served concurrently herewith, the pleadings, records and files in this action, those matters of which this Court may take judicial notice, and on such further evidence and argument as may be presented prior to or at the time of the hearing.

| | | |
|---|---|---|
| 1 | DATED:  January 29, 2019 | PAUL HASTINGS LLP |
| 2 | | |
| 3 | | By: _____/s/_____<br>        Katherine F. Murray |
| 4 | | |
| 5 | | Attorneys for Defendants<br>L'ORÉAL USA, INC., L'ORÉAL USA<br>PRODUCTS, INC., L'ORÉAL USA<br>S/D, INC. and REDKEN 5TH AVENUE<br>NYC, LLC |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28