1  DENNIS S. ELLIS (SB# 178196)
   dennisellis@paulhastings.com
2  KATHERINE F. MURRAY (SB# 211987)
   katherinemurray@paulhastings.com
3  SERLI POLATOGLU (SB# 311021)
   serlipolatoglu@paulhastings.com
4  PAUL HASTINGS LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, California 90071-2228
6  Telephone: 1(213) 683-6000
   Facsimile: 1(213) 627-0705
7
   Attorneys for Defendants L'ORÉAL USA,
8  INC., L'ORÉAL USA PRODUCTS, INC.,
   L'ORÉAL USA S/D, INC. and REDKEN 5TH
9  AVENUE NYC, LLC

               UNITED STATES DISTRICT COURT

               CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENAS *DUCES TECUM* AND TO TESTIFY AT DEPOSITION TO COURTNEY TALLMAN | CASE NO. 2:19-mc-00015-GW-PJWx<br><br>Underlying Litigation<br>Civil Action No. 17-14-JFB-SRF<br>United States Distr. Del.<br><br>Discovery cutoff: January 25, 2019<br>Pretrial conference date: June 4, 2019<br>Trial date: July 29, 2019<br><br>**[DISCOVERY MATTER]**<br><br>**PROOF OF SERVICE**<br><br>Date:    February 28, 2019<br>Time:   1:30 p.m.<br>Dept.:   790<br>Judge:  Hon. Patrick J. Walsh |
| LIQWD, INC. and OLAPLEX LLC,<br><br>          Plaintiffs,<br><br>     vs.<br><br>L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., L'ORÉAL USA S/D, INC. and REDKEN 5TH AVENUE NYC, LLC,<br><br>          Defendants. | |

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         ) ss:
CITY OF LOS ANGELES AND COUNTY OF )
LOS ANGELES              )

      I am employed in the City of Los Angeles and County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228.

      On January 31, 2019, I served the foregoing document(s) described as:

MOTION TO COMPEL NON-PARTY COURTNEY TALLMAN TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

JOINT STIPULATION RE: DEFENDANTS' MOTION TO COMPEL NON-PARTY COURTNEY TALLMAN TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

DECLARATION OF KATHERINE F. MURRAY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL NON-PARTY COURTNEY TALLMAN TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

DECLARATION OF ASHLEY E. MARTABANO IN SUPPORT OF NONPARTY COURTNEY TALLMAN'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL NONPARTY COURTNEY TALLMAN TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

DECLARATION OF COURTNEY TALLMAN IN SUPPORT OF NONPARTY COURTNEY TALLMAN'S PORTION OF JOINT STIPULATION RE: DEFENDANTS' MOTION TO COMPEL NONPARTY COURTNEY TALLMAN TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

[PROPOSED] ORDER GRANTING MOTION TO COMPEL NON-PARTY COURTNEY TALLMAN TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

  Joseph M. Paunovich, Esq. (joepaunovich@quinnemanuel.com)
  Ali Moghaddas, Esq. (alimoghaddas@quinnemanuel.com)
  Quinn Emanuel Urquhart & Sullivan, LLP
  865 South Figueroa Street, 10th Floor
  Los Angeles, CA 90017
  Tel: (213) 443-3000
  *Attorneys for Liqwd, Inc. and Olaplex LLC*

| | | |
|---|---|---|
| 1 | ☒ | **VIA ELECTRONIC MAIL:** |
| 2 | | By personally emailing the aforementioned document(s) in PDF format to the respective email address(es) listed above on January 31, 2019. I did not receive an electronic message indicating any errors in transmission. |

  I declare under penalty of perjury under the laws of the United States that the above is true and correct.

  Executed on January 31, 2019, at Los Angeles, California.

_____
Maggie Icart