DENNIS S. ELLIS (SB# 178196)
dennisellis@paulhastings.com
KATHERINE F. MURRAY (SB# 211987)
katherinemurray@paulhastings.com
SERLI POLATOGLU (SB# 311021)
serlipolatoglu@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Attorneys for Defendants L'ORÉAL USA,
INC., L'ORÉAL USA PRODUCTS, INC.,
L'ORÉAL USA S/D, INC. and REDKEN 5TH
AVENUE NYC, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENAS *DUCES TECUM* AND TO TESTIFY AT DEPOSITION TO ESTHER VASQUEZ<br><br>_____<br><br>LIQWD, INC. and OLAPLEX LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., L'ORÉAL USA S/D, INC. and REDKEN 5TH AVENUE NYC, LLC,<br><br>Defendants. | CASE NO. 2:19-mc-00015-GW-PJWx<br><br>Underlying Litigation<br>Civil Action No. 17-14-JFB-SRF<br>United States Distr. Del.<br><br>Discovery cutoff: January 25, 2019<br>Pretrial conference date: June 4, 2019<br>Trial date: July 29, 2019<br><br>**[DISCOVERY MATTER]**<br><br>**PROOF OF SERVICE**<br><br>Date: February 28, 2019<br>Time: 1:30 p.m.<br>Dept.: 790<br>Judge: Hon. Patrick J. Walsh |

**PROOF OF SERVICE**

STATE OF CALIFORNIA                                    )
                                                       ) ss:
CITY OF LOS ANGELES AND COUNTY OF                      )
LOS ANGELES                                            )

        I am employed in the City of Los Angeles and County of Los Angeles, State of California.  I am over the age of 18, and not a party to the within action.  My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California  90071-2228.

        On January 31, 2019, I served the foregoing document(s) described as:

MOTION TO COMPEL NON-PARTY ESTHER VASQUEZ TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

JOINT STIPULATION RE: DEFENDANTS' MOTION TO COMPEL NON-PARTY ESTHER VASQUEZ TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

DECLARATION OF KATHERINE F. MURRAY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL NON-PARTY ESTHER VASQUEZ TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

DECLARATION OF ASHLEY E. MARTABANO IN SUPPORT OF NONPARTY ESTHER VASQUEZ'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL NONPARTY ESTHER VASQUEZ TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

DECLARATION OF ESTHER VASQUEZ IN SUPPORT OF NONPARTY ESTHER VASQUEZ'S PORTION OF JOINT STIPULATION RE: DEFENDANTS' MOTION TO COMPEL NONPARTY ESTHER VASQUEZ TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

[PROPOSED] ORDER GRANTING MOTION TO COMPEL NON-PARTY ESTHER VASQUEZ TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Joseph M. Paunovich, Esq. (joepaunovich@quinnemanuel.com)
Ali Moghaddas, Esq. (alimoghaddas@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
Tel:  (213) 443-3000
*Attorneys for Liqwd, Inc. and Olaplex LLC*

| 1 | ☒ | **VIA ELECTRONIC MAIL:** |

**VIA ELECTRONIC MAIL:**

By personally emailing the aforementioned document(s) in PDF format to the respective email address(es) listed above on January 31, 2019.  I did not receive an electronic message indicating any errors in transmission.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on January 31, 2019, at Los Angeles, California.

_____
Maggie Icart

PROOF OF SERVICE