1  DENNIS S. ELLIS (SB# 178196)
   dennisellis@paulhastings.com
2  KATHERINE F. MURRAY (SB# 211987)
   katherinemurray@paulhastings.com
3  SERLI POLATOGLU (SB# 311021)
   serlipolatoglu@paulhastings.com
4  PAUL HASTINGS LLP
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, California  90071-2228
6  Telephone:  1(213) 683-6000
   Facsimile:  1(213) 627-0705
7
   Attorneys for Defendants L'ORÉAL USA,
8  INC., L'ORÉAL USA PRODUCTS, INC.,
   L'ORÉAL USA S/D, INC. and REDKEN 5TH
9  AVENUE NYC, LLC

10           UNITED STATES DISTRICT COURT

11           CENTRAL DISTRICT OF CALIFORNIA

12

13  IN RE SUBPOENAS *DUCES TECUM*       CASE NO. 2:19-mc-00015-GW-PJWx
    AND TO TESTIFY AT DEPOSITION
14  TO SEMA CONDE                       Underlying Litigation
                                        Civil Action No. 17-14-JFB-SRF
15  ─────────────────────────          United States Distr. Del.

16  LIQWD, INC. and OLAPLEX LLC,        Discovery cutoff: January 25, 2019
                                        Pretrial conference date: June 4, 2019
17          Plaintiffs,                 Trial date: July 29, 2019

18      vs.                             **[DISCOVERY MATTER]**

    L'ORÉAL USA, INC., L'ORÉAL USA      **PROOF OF SERVICE**
19  PRODUCTS, INC., L'ORÉAL USA
    S/D, INC. and REDKEN 5TH AVENUE     Date:    February 28, 2019
20  NYC, LLC,                           Time:    1:30 p.m.
                                        Dept.:   790
21          Defendants.                 Judge:   Hon. Patrick J. Walsh

22

23  ─────────────────────────

24

25

26

27

28

                                                    PROOF OF SERVICE

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA            )

3
                                  ) ss:
CITY OF LOS ANGELES AND COUNTY OF  )

4
LOS ANGELES                 )

5

6
       I am employed in the City of Los Angeles and County of Los Angeles, State of California.  I am over the age of 18, and not a party to the within action.  My business

7
address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California  90071-2228.

8
       On January 31, 2019, I served the foregoing document(s) described as:

9
MOTION TO COMPEL NON-PARTY SEMA CONDE TO COMPLY WITH

10
SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

JOINT STIPULATION RE: DEFENDANTS' MOTION TO COMPEL NON-PARTY

11
SEMA CONDE TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

12
DECLARATION OF KATHERINE F. MURRAY IN SUPPORT OF DEFENDANTS'

13
MOTION TO COMPEL NON-PARTY SEMA CONDE TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

14
DECLARATION OF ASHLEY E. MARTABANO IN SUPPORT OF NONPARTY

15
SEMA CONDE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL NONPARTY SEMA CONDE TO COMPLY WITH SUBPOENA *DUCES TECUM* AND

16
TO TESTIFY AT DEPOSITION

17
DECLARATION OF IRASEMA MARIE CONDE IN SUPPORT OF NONPARTY
SEMA CONDE'S PORTION OF JOINT STIPULATION RE: DEFENDANTS'

18
MOTION TO COMPEL NONPARTY SEMA CONDE TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

19

20
[PROPOSED] ORDER GRANTING MOTION TO COMPEL NON-PARTY SEMA CONDE TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

21

22
on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

23
Joseph M. Paunovich, Esq. (joepaunovich@quinnemanuel.com)

24
Ali Moghaddas, Esq. (alimoghaddas@quinnemanuel.com)
Quinn Emanuel Urquhart & Sullivan, LLP

25
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017

26
Tel:  (213) 443-3000

27
*Attorneys for Liqwd, Inc. and Olaplex LLC*

28

PROOF OF SERVICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

☒      **VIA ELECTRONIC MAIL:**

By personally emailing the aforementioned document(s) in PDF format to the respective email address(es) listed above on January 31, 2019. I did not receive an electronic message indicating any errors in transmission.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on January 31, 2019, at Los Angeles, California.

_____
Maggie Leart

PROOF OF SERVICE