DENNIS S. ELLIS (SB# 178196)
dennisellis@paulhastings.com
KATHERINE F. MURRAY (SB# 211987)
katherinemurray@paulhastings.com
SERLI POLATOGLU (SB# 311021)
serlipolatoglu@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: 1(213) 683-6000
Facsimile: 1(213) 627-0705

Attorneys for Defendants L'ORÉAL USA,
INC., L'ORÉAL USA PRODUCTS, INC.,
L'ORÉAL USA S/D, INC. and REDKEN 5TH
AVENUE NYC, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENAS *DUCES TECUM* AND TO TESTIFY AT DEPOSITION TO SEMA CONDE<br><br>LIQWD, INC. and OLAPLEX LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>L'ORÉAL USA, INC., L'ORÉAL USA PRODUCTS, INC., L'ORÉAL USA S/D, INC. and REDKEN 5TH AVENUE NYC, LLC,<br><br>Defendants. | CASE NO. 2:19-mc-00015-GW-PJWx<br><br>Underlying Litigation<br>Civil Action No. 17-14-JFB-SRF<br>United States Distr. Del.<br><br>Discovery cutoff: January 25, 2019<br>Pretrial conference date: June 4, 2019<br>Trial date: July 29, 2019<br><br>**[DISCOVERY MATTER]**<br><br>**PROOF OF PERSONAL SERVICE**<br><br>Date:    February 28, 2019<br>Time:    1:30 p.m.<br>Dept.:   790<br>Judge:   Hon. Patrick J. Walsh |

**<u>PROOF OF SERVICE</u>**

STATE OF CALIFORNIA ⟩
⟩ ss:
CITY OF LOS ANGELES AND COUNTY OF ⟩
LOS ANGELES ⟩

      I am employed in the City of Los Angeles and County of Los Angeles, State of California.  I am over the age of 18, and not a party to the within action.  My business address is as follows:

1609 James M. Wood Boulevard, 2nd Floor, LosAngeles, CA  90015.

      On January 31, 2019, I served the foregoing document(s) described as:

MOTION TO COMPEL NON-PARTY SEMA CONDE TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

JOINT STIPULATION RE: DEFENDANTS' MOTION TO COMPEL NON-PARTY SEMA CONDE TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

DECLARATION OF KATHERINE F. MURRAY IN SUPPOT OF DEFENDANTS' MOTION TO COMPEL NON-PARTY SEMA CONDE TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

DECLARATION OF ASHLEY E. MARTABANO IN SUPPORT OF NONPARTY SEMA CONDE'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL NONPARTY SEMA CONDE TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

DECLARATION OF IRASEMA MARIE CONDE IN SUPPORT OF NONPARTY SEMA CONDE'S PORTION OF JOINT STIPULATION RE: DEFENDANTS' MOTION TO COMPEL NONPARTY SEMA CONDE TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

[PROPOSED] ORDER GRANTING MOTION TO COMPEL NON-PARTY SEMA CONDE TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

DEFENDANTS' NOTICE OF MOTION TO COMPEL NON-PARTY SEMA CONDE TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

    Ashley E. Martabano, Esq.
    Baker Marquart LLP
    777 South Figueroa Street, Suite 2850
    Los Angeles, CA  90017
    Tel:  (424) 652-7800

☒   **VIA PERSONAL DELIVERY:**
I personally delivered such sealed envelope(s) by hand to the offices of the addressee(s) pursuant to CCP § 1011.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 31, 2019, at Los Angeles, California.

*Erik Sanchez*
_____     _____
Type or Print Name                                    Signature

DEFENDANTS' NOTICE OF MOTION TO COMPEL NON-PARTY COURTNEY TALLMAN TO COMPLY