1   DENNIS S. ELLIS (SB# 178196)
    dennisellis@paulhastings.com
2   KATHERINE F. MURRAY (SB# 211987)
    katherinemurray@paulhastings.com
3   SERLI POLATOGLU (SB# 311021)
    serlipolatoglu@paulhastings.com
4   PAUL HASTINGS LLP
    515 South Flower Street
5   Twenty-Fifth Floor
    Los Angeles, California 90071-2228
6   Telephone: 1(213) 683-6000
    Facsimile: 1(213) 627-0705
7
    Attorneys for Defendants L'ORÉAL USA,
8   INC., L'ORÉAL USA PRODUCTS, INC.,
    L'ORÉAL USA S/D, INC. and REDKEN 5TH
9   AVENUE NYC, LLC

10
                  UNITED STATES DISTRICT COURT
11
                 CENTRAL DISTRICT OF CALIFORNIA
12

13  IN RE SUBPOENAS *DUCES TECUM*     CASE NO. 2:19-mc-00015-GW-PJWx
    AND TO TESTIFY AT DEPOSITION
14  TO ESTHER VASQUEZ                 Underlying Litigation
                                      Civil Action No. 17-14-JFB-SRF
15  ─────────────────────────────     United States Distr. Del.

16  LIQWD, INC. and OLAPLEX LLC,      Discovery cutoff: January 25, 2019
                                      Pretrial conference date: June 4, 2019
17              Plaintiffs,           Trial date: July 29, 2019

18       vs.                          **[DISCOVERY MATTER]**

19  L'ORÉAL USA, INC., L'ORÉAL USA    **PROOF OF PERSONAL**
    PRODUCTS, INC., L'ORÉAL USA       **SERVICE**
20  S/D, INC. and REDKEN 5TH AVENUE
    NYC, LLC,                         Date:     February 28, 2019
21                                    Time:     1:30 p.m.
                Defendants.           Dept.:    790
22                                    Judge:    Hon. Patrick J. Walsh

23

24

25

26

27

28

## PROOF OF SERVICE

STATE OF CALIFORNIA     )
                                       ) ss:
CITY OF LOS ANGELES AND COUNTY OF  )
LOS ANGELES                         )

        I am employed in the City of Los Angeles and County of Los Angeles, State of California.  I am over the age of 18, and not a party to the within action.  My business address is as follows:

1609 James M. Wood Boulevard, 2nd Floor, LosAngeles, CA  90015.

        On January 31, 2019, I served the foregoing document(s) described as:

MOTION TO COMPEL NON-PARTY ESTHER VASQUEZ TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

JOINT STIPULATION RE: DEFENDANTS' MOTION TO COMPEL NON-PARTY ESTHER VASQUEZ TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

DECLARATION OF KATHERINE F. MURRAY IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL NON-PARTY ESTHER VASQUEZ TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

DECLARATION OF ASHLEY E. MARTABANO IN SUPPORT OF NONPARTY ESTHER VASQUEZ'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL NONPARTY ESTHER VASQUEZ TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

DECLARATION OF ESTHER VASQUEZ IN SUPPORT OF NON-PARTY ESTHER VASQUEZ'S PORTION OF JOINT STIPULATION RE: DEFENDANTS' MOTION TO COMPEL NON-PARTY ESTHER VASQUEZ TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

[PROPOSED] ORDER GRANTING MOTION TO COMPEL NON-PARTY ESTHER VASQUEZ TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

DEFENDANTS' NOTICE OF MOTION TO COMPEL NON-PARTY ESTHER VASQUEZ TO COMPLY WITH SUBPOENA *DUCES TECUM* AND TO TESTIFY AT DEPOSITION

on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

     Ashley E. Martabano, Esq.
     Baker Marquart LLP
     777 South Figueroa Street, Suite 2850
     Los Angeles, CA  90017
     Tel:  (424) 652-7800

1

2  ☒

**VIA PERSONAL DELIVERY:**

I personally delivered such sealed envelope(s) by hand to the offices of the

3  addressee(s) pursuant to CCP § 1011.

4      I declare under penalty of perjury under the laws of the State of California

5  that the above is true and correct.

6      Executed on January 31, 2019, at Los Angeles, California.

7

8  Type or Print Name                 Signature

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -