UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 19 MC-15-GW (PJWx) | Date | February 28, 2019 |
|---|---|---|---|
| Title | *Liqwd, Inc. et al. v. L'Oreal USA, Inc. et al.* | | |

| Present: The Honorable | Patrick J. Walsh, United States Magistrate Judge | |
|---|---|---|
| Isabel Martinez | Court Smart 2/28/19 | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs and Third Parties: | Attorneys Present for Defendants: |
|---|---|
| Ali Moghaddas<br>Lawrence Cagney<br>Ashley Martabano (by telephone)<br>Ryan Baker | Serli Polatoglu<br>Katherine Murray |

**Proceedings:** **Defendants' Motion to Compel Non-Party Depositions and Production of Documents** (JS-6)

The case is called and appearances are made. The Court heard argument on Defendants' motion to compel non-party depositions and production of documents.

For the reasons set forth on the record:

Ms. Vasquez will appear for a deposition on a date to be scheduled but no later than March 9, 2019, at 5:00 p.m. The deposition is not to exceed two hours and will take place in either Los Angeles or Brazil (but if in Brazil Ms. Vasquez will have to appear at a conference room with video capability).

Ms. Conde will appear for a deposition on a date to be scheduled but no later than March 9, 2019, at 5:00 p.m. The deposition will take place in Los Angeles and is not to exceed two hours.

Ms. Tallman will appear for a deposition on a date to be scheduled but no later than March 8, 2019, at 5:00 p.m. The deposition will take place in Los Angeles and is not to exceed two hours.

All documents requested in Defendants' subpoena from the above persons must be produced at least twenty-four hours before the deposition.

Cosway will appear for deposition on a date to be scheduled, but no later than March 13, 2019, at 5:00 p.m. The deposition will take place in Orange County and is not to exceed four hours.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Cosway will, no later than March 10, 2019, at 12:00 p.m., produce all documents requested in Defendants' subpoena.

O:\PJW\ECF Ready\MO_ discovery dispute 022819.wpd

|  | 1 | : | 20 |
|---|---|---|---|
| Initials of Preparer | | kb | |