## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 19 MC-15-GW (PJWx) | Date | March 5, 2019 |
|---|---|---|---|

| Title | *Liqwd, Inc. et al. v. L'Oreal USA, Inc. et al.* |
|---|---|

| Present: The Honorable | Patrick J. Walsh, United States Magistrate Judge |
|---|---|

| Isabel Martinez | Court Smart 3/5/19 | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Third Parties: | Attorneys Present for Defendants: |
|---|---|
| Ali Moghaddas | Serli Polatoglu |

**Proceedings:**     Dispute re Third-Party Courtney Tallman's Deposition

Counsel called to request the Court's assistance in resolving a dispute regarding third-party Courtney Tallman's deposition.  The deposition was scheduled to begin at noon, March 5, 2019. Defendants' counsel complained, however, that she did not receive the third-party's document production until 7 p.m. on March 4, 2019, less than 24 hours before the deposition was due to begin.  As such, counsel was unwilling to take the witness's deposition at the scheduled time.  The Court ordered the deposition to begin as soon as possible and to finish no later than 4:15 p.m.

S:\PJW\Cases-X\Liqwd v. L'Oreal\MO_ deposition dispute 030519.wpd

|  | : | 10 |
|---|---|---|
| Initials of Preparer | im | |